# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LEIGH,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GENERAL MOTORS LLC, a limited liability company; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. CV 23-10336-GW-MRWx<br><br>*Honorable George H. Wu*<br><br>**ORDER DISMISSING FRAUD AND UCL CLAIMS AND REMANDING CASE TO STATE COURT**<br><br>Complaint Filed:　November 7, 2023<br>Removed:　　　　December 8, 2023<br>First Amended<br>Complaint Filed:　January 25, 2024<br><br>Los Angeles Superior Court Case No. 23CHCV03424 |

1

[PROPOSED] ORDER DISMISSING FRAUD & UCL AND REMANDING CASE

# ORDER

On March 21, 2024, Michael Leigh ("Plaintiff") and General Motors LLC ("Defendant" or "GM"), by and through their counsel of record, filed a Stipulation of Maximum Damages Limit, Dismissal of Claims and to Remand Removed Action ("Stipulation"). Specifically, the Parties stipulated that because any and all of Plaintiff's damages shall never under any circumstance exceed $75,000.00, this court no longer has subject matter jurisdiction of Plaintiff's civil action as this case does not meet the minimum amount in controversy.

The Court having tentatively granted GM's Motion to Dismiss Plaintiff's Fourth Cause of Action for Fraud and Fifth Cause of Action for Violation of Business & Professions Code §17200 ("UCL"), the Parties stipulated to dismiss with prejudice both the Fourth Cause of Action for Fraud and the Fifth Cause of Action for UCL violation.

Based on the foregoing, the Court therefore ORDERS that the Fourth and Fifth Causes of Action be dismissed with prejudice, and that this case be REMANDED to the Los Angeles Superior Court, Case No.: 23CHCV03424.

**IT IS SO ORDERED.**

Dated: March 22, 2024

_____
HON. GEORGE H. WU,
United States District Judge